R 24868

01/18/07

WALTER INTERNATIONAL
PRODUCTIONS, INC., ETC.,
ET AL.

vs.

WALTER MERCADO SALINAS,
ETC.

CASE NO.  07-20136 CIV
COURT  U S DISTRICT
HRG. DATE  20 DAYS

TYPE OF WRIT
SUMMONS/COMPLAINT/EXH.

RETURN OF SERVICE
AFFIDAVIT

TO   ASTROMUNDO, INC., #215

352 AVE. SAN CLAUDIO, SAN JUAN PUERTO RICO, 00926-0419

RECEIVED THIS WRIT ON 01/18/07
AND ON JANUARY 23, 2007 at 3:20 P M., SERVED IT ON THE WITHIN
NAMED ASTROMUNDO, INC. IN SAN JUAN
COUNTY, ~~FLORIDA~~ PR

**INDIVIDUAL SERVICE:** By serving upon the within named (Defendant/Witness) a true copy of this writ with the date and hours of service endorsed thereon by me and a copy of the Plaintiff's complaint, petition or initial pleading.

**SUBSTITUTE SERVICE:** By serving a true copy of this writ with the date and hour of service endorsed thereon by me and a copy of Plaintiff's Initial pleading as furnished by the Plaintiff, at the within named (Defendant's Witness) usual place of abode with any person residing therein the age of 15 years or older to wit:
_____, or to _____ spouse of defendant, at
_____, or to _____ manager of defendant business
and informing such person of their contents pursuant to: ☐ F.S. 48.031.
☐ F.S. 48.031 (2) (a)   ☐ F.S. 48.031 (2) (b)   ☐ F.S. 48.031 (6)

☒ **CORPORATE SERVICE:** By serving a true copy of this writ and a copy of Plaintiff's initial pleading to WALTER MERCADO SALINAS as OWNER of said corporation in the absence of any superior officer as defined in F.S. 48.081., or by serving _____ as an employee of defendant corporation in compliance with F.S. 48.081 (3) or by serving _____ as a registered agent in compliance with F.S. 48.091. ☐ F.S. 48.081 (3)(b)

**PARTNERSHIP SERVICE:** By serving _____, partner, or to _____ a designated employee or person in charge of partnership.

**POSTED:** COMMERCIAL, RESIDENTIAL   1st ATTEMPT _____ AM/PM   2nd ATTEMPT _____ AM/PM

**NO SERVICE:** For the reason that after diligent search and inquiry failed to find said _____ in _____ County, Florida.

**COMMENTS:** SERVED AT CALLE ZENOBIA D-2, VILLA DE CAPEY SAN JUAN, PR

ATTORNEY:
MARLENE K. SILVERMAN, ESQ.
GREENBERG, TRAURIG, ET AL
1221 BRICKELL AVE. #2200
MIAMI, FL 33131-
AFFIDAVIT # 1956

Witness Fee  0.00

FEES FOR SERVICE $
TOTAL
PAID
BALANCE

The foregoing instrument was acknowledged before me this 24
day of JANUARY, 2007 by _____ who
                              name and title
personally known to me or who has produced DRIVERS LICEN
(type of ID) as identification.

Notary Public

BY: _____
Sheriff Appt. No.: _____

F.S. 48.021

I.S.I.A. AFFIDAVIT (GENERIC) Rev. 9/89   WHITE - ORIGINAL   PINK - COPY   GREEN - BILLING COPY

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

SUMMONS IN A CIVIL CASE

CASE NUMBER: **07-20136 CIV-SEITZ**

/McALILEY

WALTER INTERNATIONAL PRODUCTIONS, INC., a Florida Corporation, WATERVISION, INC., a Florida Corporation, WALTERVISION PRODUCTIONS, INC., a Florida Corporation, WALTER MERCADO RADIO PRODUCTIONS, INC., BART ENTERPRISES INTERNATIONAL, LTD., a Bahamas Corporation, a Florida Corporation, and WALTER MERCADO ENTERPRISES CORP., a Florida Corporation

Plaintiff,

V.

WALTER MERCADO SALINAS, a natural person, and ASTROMUNDO, INC., a Puerto Rico Corporation

Defendants.

TO:  ASTROMUNDO, INC.
     352 Avenue, San Claudio, Suite 215
     San Juan, Puerto Rico  00926-0419

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY:

Marlene K. Silverman, Esq.
Jessica Carvalho Morris
Greenberg Traurig, P.A.
1221 Brickell Avenue
Miami, Florida 33131
Telephone Number (305) 579-0500

an answer to the complaint which is herewith served upon you, within twenty days after service of this summons upon you, exclusive of the date of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Clarence Maddox                                      JAN 1 7 2007
CLERK                                                DATE

(BY) DEPUTY CLERK

1795060141

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE January 23, 2007 8:20 PM |
| NAME OF SERVER (Print) Renaldo E. Castello | TITLE Process Server |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: Calle Zenobia D-L Villas de Cupey, San Juan, PR 00926

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:_____

☐ Return unexecuted:_____

☒ Other (specify): Served through Walter Alcerro Salinar

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  01/24/07
           Date

Signature of Server

P.O. Box 194511
San Juan, PR 00919

Address of Server

---

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

1795060141