UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 07-20136-CIV-SEITZ/O'SULLIVAN

WALTER INTERNATIONAL PRODUCTIONS,
INC., *et al.*,

        Plaintiffs,

v.

WALTER MERCADO SALINAS, *et al.*,

        Defendants.

_____

**NOTICE OF STRIKING FILINGS FOR FAILURE TO COMPLY WITH COURT ORDERS**

THIS MATTER is before the Court *sua sponte*. On March 19, 2008, the Court issued an Order requiring the parties[1] to observe the prohibition against filing discovery materials set forth in both in Local Rule 26.1 and in Attachment A of the Court's Scheduling Order [DE-28]. Despite this reminder, on March 20, 2008, Defendants filed two Notices to Take Deposition [DE-90, 91] and on April 7, 2008, six additional Notices [DE-101-106].[2] For the parties' information, new filings in the Court's considerable docket are <u>automatically printed</u> on a daily basis. Thus such filings not only disregard the Local Rules but unnecessarily sacrifice trees. Therefore, it is hereby

ORDERED that all Notices to Take Deposition [DE-62-73; DE-75-81; DE-90-91; DE-101-106] are STRICKEN from the Record. The Court trusts that the parties will comply with the Local Rules in the future.

DONE AND ORDERED in Miami, Florida, this 8 day of April, 2008.

                                     PATRICIA A. SEITZ
                                     UNITED STATES DISTRICT JUDGE

cc:    All Counsel of Record

---

[1] Though the Order addressed the Plaintiff, as it had previously filed Notices of Deposition, the Local Rules and the Court's Scheduling Order apply to both parties.

[2] Plaintiff filed another six Notices of Deposition shortly after the March 19 Order was docketed. However, the filings have since ceased.