**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
CASE NO. 07-20136-CIV-SEITZ/O'SULLIVAN


WALTER INTERNATIONAL PRODUCTIONS,
INC., *et al.*,
        Bakula and the Bart Group,

v.

WALTER MERCADO SALINAS, *et al.*,

        Defendants.

_____

**<u>Special Verdict Form</u>**

We the Jury, return the following unanimous verdict:

1)    As to the Bart Group's breach of the 1995 Agreement claim has the Bart Group proved by the greater weight of the evidence that Mercado breached the 1995 Agreement by:

        a) improperly terminating the 1995 Agreement?

        YES __✓__                 NO _____


        b) hiring another exclusive agent when the 1995 Agreement was still in force?

        YES __✓__                 NO _____


        c) failing to perform after November 22, 2006?

        YES __✓__                 NO _____

2)      As to Mercado's breach of the 1995 Agreement claim:

    a)      Have Mercado/Astromundo proved by the greater weight of the evidence that Bakula/Bart Group breached the 1995 by failing to indemnify Mercado for the Hematite damages?

          YES _____          NO __✓____

IF YOUR ANSWER TO QUESTION 2.a. WAS NO, SKIP QUESTION 2.b. AND ANSWER QUESTION 2.c.

    b)      Have Mercado/Astromundo proved by the greater weight of the evidence that this breach was material?

          YES _____          NO _____

    c)      Have Mercado/Astromundo proved by the greater weight of the evidence that Bakula/Bart Group breached the 1995 Agreement by failing to pay compensation due under paragraph 6(c) within 60 days of the date payment was due?

          YES _____          NO __✓____

3)      As to the notice of default:

    a)      Do you find from the greater weight of the evidence that Mercado/Astromundo gave Bakula/Bart Group written notice of the failure to pay indemnity for the Hematite damages and 10 days to cure such failure?

          YES _____          NO __✓____

IF YOUR ANSWER TO QUESTION 3.a. WAS NO, SKIP QUESTION 3.b. AND ANSWER QUESTION 3.c.

    b)      Did Bakula/Bart Group cure the failure within 10 days?

          YES _____          NO _____

c)     Do you find by the greater weight of the evidence that Mercado/Astromundo gave Bakula/Bart Group written notice that they had failed to pay paragraph 6(c) compensation within 60 days of the date such compensation was due and 15 days to cure such failure/default?

          YES _____                    NO __✓____

IF YOUR ANSWER TO QUESTION 3.c. WAS NO, SKIP QUESTION 3.d. AND ANSWER QUESTION 4.

d)     Did Bakula/Bart Group cure the default within 15 days of the notice or otherwise justify its failure to make payments?

          YES _____                    NO _____

4)     As to Mercado/Astromundo's breach of fiduciary duty claim:

a)     Have Mercado/Astromundo proved by the greater weight of the evidence the existence of a fiduciary relationship between Bart Enterprises International, Ltd. and Mercado and/or Astromundo, that is separate and apart from any relationship that arose from the 1995 Agreement?

          YES __✓____                    NO _____

IF YOUR ANSWER TO QUESTION 4.a. WAS NO, SKIP QUESTIONS 4.b AND 4.c. AND HAVE THE FOREPERSON SIGN AND DATE THIS VERDICT FORM.

b)     Have Mercado/Astromundo proved by the greater weight of the evidence that Bart Enterprises International, Ltd. breached that duty?

          YES _____                    NO __✓____

IF YOUR ANSWER TO QUESTION 4.b. WAS NO, SKIP QUESTION 4.c AND HAVE THE FOREPERSON SIGN AND DATE THIS VERDICT FORM.

c)      Was Mercado/Astromundo damaged by the breach?

YES _____                                        NO _____

SO SAY WE ALL THIS __26th__ day of January, 2009.

X_____
Foreperson (signature)

X_____
Foreperson (print name)