UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-20136-CIV-SEITZ/O'SULLIVAN

WALTER INTERNATIONAL
PRODUCTIONS, INC., et al.

      Plaintiff,

vs.

WALTER MERCADO SALINAS and
ASTROMUNDO, INC.,

      Defendants.
_____/

**SPECIAL PHASE II JURY VERDICT FORM**

We, the jury, return the following unanimous verdict:

**THE BART GROUP'S BREACH OF CONTRACT CLAIMS**

1. Have any of the following companies proved by the greater weight of the evidence that it was damaged by Walter Mercado's breach of the 1995 Agreement?

   A.    i.    Bart Enterprises International, Ltd.

         YES_____               NO __✓__

   B.    i.    Walter International Productions, Inc.

         YES_____               NO __✓__

   If your answer was YES answer the following question. If your answer was NO, go to Question 1.C.i.

ii. What was the amount of damages suffered by Walter International Productions, Inc. as a result of Walter Mercado's breach of the 1995 Agreement from November 2006 until June 2007?

$_____

iii. What was the amount of damages, if any, suffered by Walter International Productions, Inc. as a result of Walter Mercado's breach of the 1995 Agreement after June 2007?

$_____

C. i. Watervision, Inc.

YES_____                    NO __✓__

If your answer was YES answer the following question. If your answer was NO, go to Question 1.D.i.

ii. What was the amount of damages suffered by Watervision, Inc. as a result of Walter Mercado's breach of the 1995 Agreement from November 2006 until June 2007?

$_____

iii. What was the amount of damages, if any, suffered by Watervision Productions, Inc. as a result of Walter Mercado's breach of the 1995 Agreement after June 2007?

$_____

D. i. Waltervision Productions, Inc.

YES_____                    NO __✓__

If your answer was YES answer the following question. If your answer was NO, go to Question 1.E.i.

    ii. What was the amount of damages suffered by Waltervision Productions, Inc. as a result of Walter Mercado's breach of the 1995 Agreement from November 2006 until June 2007?

    $_____

    iii. What was the amount of damages, if any, suffered by Waltervision Productions, Inc. as a result of Walter Mercado's breach of the 1995 Agreement after June 2007?

    $_____

E.    i.    Walter Mercado Radio Productions, Inc.

YES_____　　　　　　　　　NO __✓__

If your answer was YES answer the following question. If your answer was NO, go to Question 1.F.i.

    ii. What was the amount of damages suffered by Walter Mercado Radio Productions, Inc. as a result of Walter Mercado's breach of the 1995 Agreement from November 2006 until June 2007?

    $_____

    iii. What was the amount of damages, if any, suffered by Walter Mercado Radio Productions, Inc. as a result of Walter Mercado's breach of the 1995 Agreement after June 2007?

    $_____

F.  i.  Walter Mercado Enterprises, Corp.

YES_____    NO__✓__

If your answer was YES answer the following question. If your answer was NO, go to Question 2.

   ii. What was the amount of damages suffered by Walter Mercado Enterprises Corp. as a result of Walter Mercado's breach of the 1995 Agreement from November 2006 until June 2007?

   $_____

   iii. What was the amount of damages, if any, suffered by Walter Mercado Enterprises Corp. as a result of Walter Mercado's breach of the 1995 Agreement after June 2007?

   $_____

**MITIGATION**

2. Did any of the following companies fail to mitigate damages?

   A.  i.  Bart Enterprises International, Ltd.

   YES_____    NO__✓__

   If your answer was YES answer the following question. If your answer was NO, go to Question 2.B.i.

      ii. What was the amount of damages Bart Enterprises International, Ltd. failed to mitigate?

      $_____

   B.  i.  Walter International Productions, Inc.

   YES_____    NO__✓__

Page 4 of 8

If your answer was YES answer the following question.  If your answer was NO, go to Question 2.C.i.

      ii.    What was the amount of damages Walter International Productions, Inc. failed to mitigate?

          $_____

C.    i.    Watervision, Inc.

        YES_____          NO __✓__

If your answer was YES answer the following question.  If your answer was NO, go to Question 2.D.i.

      ii.    What was the amount of damages Watervision, Inc. failed to mitigate?

          $_____

D.    i.    Waltervision Productions, Inc.

        YES_____          NO __✓__

If your answer was YES answer the following question.  If your answer was NO, go to Question 2.E.i.

      ii.    What was the amount of damages Waltervision Productions, Inc. failed to mitigate?

          $_____

E.    i.    Walter Mercado Radio Productions, Inc.

        YES_____          NO __✓__

If your answer was YES answer the following question.  If your answer was NO, go to Question 2.F.i.

      ii.    What was the amount of damages Walter Mercado Radio Productions, Inc. failed to mitigate?

          $_____

F.  i.  Walter Mercado Enterprises, Corp.

YES_____    NO__✓__

If your answer was YES answer the following question. If your answer was NO, go to Question 3.

ii.  What was the amount of damages Walter Mercado Enterprises Corp. failed to mitigate?

$_____

**CLAIM FOR WRONGFUL INTERFERENCE WITH THE TELEVISA CONTRACT**

3.  a.  Did Mercado interfere with Watervision's contract with Televisa in Mexico?

YES__✓__    NO_____

b.  Did Astromundo, interfere with Watervision's contract with Televisa in Mexico?

YES__✓__    NO_____

If you answered YES to Questions No.3.a. <u>or</u> 3.b., please answer Question No. 4. If you answered NO to Questions No. 3.a. <u>and</u> 3.b., please skip Questions No. 4, 5, and 6, and proceed to Question No. 7.

4.  Did Mercado and/or Astromundo do so with the intent to injure or destroy Watervision's business relationship?

YES_____    NO__✓__

If you answered "NO" to Question 5 skip to Question 7, otherwise proceed to Question 5.

5.  Did Watervision suffer injury or damage in its business as a proximate result of the Defendant's actions?

YES_____    NO_____

If you answered "NO" to Question 5 skip to Question 7, otherwise answer Question 6.

6. Watervision's damages on account of the interference by Defendants with Televisa are:

$ _____

**CLAIM FOR WRONGFUL INTERFERENCE WITH THE UNIVISION CONTRACT**

7. a. Did Mercado interfere with Walter International Productions's business or contractual relationship with Univision?

YES __✓__      NO _____

b. Did Astromundo interfere with Walter International Productions's business or contractual relationship with Univision?

YES __✓__      NO _____

If you answered YES to either Question No. 7.a. <u>or</u> 7.b., please answer Question No. 8. If you answered NO to Question No. 7.a. <u>and</u> 7.b., have the foreperson sign and date this Verdict Form.

8. Did Mercado and/or Astromundo do so with the intent to injure or destroy Walter International Productions' business relationship?

YES _____      NO __✓__

If you answered "NO" to Question 8, have the foreperson sign and date this Verdict Form. If you answered "YES" to Question 8, answer Question 9.

9. Did Walter International Productions suffer injury or damage in its business as a proximate result of Mercado's and/or Astromundo's wrongful acts?

YES _____      NO _____

Page 7 of 8

If you answered "NO" to Question 9, have the foreperson sign and date this Verdict Form. If you answered "YES" to Question 9, answer Question 10.

10. Walter International Production's damages on account of the tortious interference by Mercado and/or Astromundo with Walter International Productions's relationship with Univision is:

$ _____

SO SAY WE ALL THIS 28 day of January, 2009.

_____
Foreperson(signature)

_____
Print name