**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
CASE NO. 07-20136-CIV-SEITZ/O'SULLIVAN

WALTER INTERNATIONAL PRODUCTIONS,
INC., *et al.*,
                Plaintiffs,

v.

WALTER MERCADO SALINAS, *et al.*,

                Defendants.

_____

## AMENDED FINAL JUDGMENT

Pursuant to the jury verdicts entered on January 26, 2009 and January 28, 2009 and the

Court's Order Granting in Part Defendants' Motion to Alter or Amend Judgment, Granting

Status Conference and Denying Remaining Post Trial Motions [DE-429] , it is hereby

ORDERED that

Judgment is entered in favor of Plaintiffs, Walter International Productions, Inc.,

Watervsion, Inc., Waltervision Productions, Inc., Walter Mercado Radio Productions, Inc., Bart

Enterprises International, Ltd., Walter Mercado Enterprises Corp., and in favor of Counter-

Defendant, Guillermo Bakula,  and against Defendants/Counter-Plaintiffs, Walter Mercado-

Salinas and Astromundo, Inc., on all breach of contract claims, in the amount of $0.00.

Judgment is entered in favor of Defendants/Counter-Plaintiffs, Walter Mercado-Salinas and

Astromundo, Inc., on all tortious interference claims and Plaintiffs, Walter International

Productions, Inc., Watervsion, Inc., Waltervision Productions, Inc., Walter Mercado Radio

Productions, Inc., Bart Enterprises International, Ltd., Walter Mercado Enterprises Corp., and

Counter-Defendant, Guillermo Bakula, shall take nothing on these claims.

DONE AND ORDERED in Miami, Florida, this 26th day of October, 2009.

_____
PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

cc:    All Counsel of Record