UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO.: 07-20136-CIV-SEITZ/O'SULLIVAN
CASE NO.: 08-22070-CIV-SEITZ/O'SULLIVAN

**WALTER INTERNATIONAL PRODUCTIONS, INC.,** *et al.*,

    Plaintiffs,

v.

**WALTER MERCADO SALINAS,** *et al.*,

    Defendants.
_____/

### NOTICE OF SATISFACTION OF COSTS JUDGMENT

The **LAW OFFICES OF SCOTT ALAN ORTH, P.A.**, *as assignee of* Plaintiffs, **WALTER INTERNATIONAL PRODUCTIONS, INC., WATERVISION, INC., WALTERVISION PRODUCTIONS, INC., WALTER MERCADO RADIO PRODUCTIONS, INC., BART ENTERPRISES INTERNATIONAL, LTD., WALTER MERCADO ENTERPRISES CORP., and GUILLERMO BAKULA,** hereby gives Notice that the "Final Judgment on Costs" that was entered in the above action on the 15th day of April, 2010, and recorded at OR Book 27394 at Page 3303, Public Records of Miami-Dade County in their favor and against the Defendants, **WALTER MERCADO SALINAS** and **ASTROMUNDO, INC.,** in the amount of $30,336.86 having been taxed on the 4th day of February, 2009, with interest and costs thereon has been FULLY PAID.

THEREFORE, full and complete satisfaction of said judgment is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket. Any and all outstanding motions for writs of garnishment or executions with any Sheriff or Marshal are hereby withdrawn and cancelled. This Satisfaction of Costs Judgment shall not be deemed to have any impact on the final judgment or the pending appeal from final judgment.

Dated this ___6th___ of ~~September~~ October, 2010

Respectfully submitted,

By: _____
Scott A. Orth, Esquire
3880 Sheridan Street
Hollywood, FL 33138

STATE OF FLORIDA
COUNTY OF BROWARD

On the ___6th___ day of October, 2010 before me personally came Scott Alan Orth, as President of the Law Offices of Scott Alan Orth, P.A. to me known to be the same person described in and who executed the within satisfaction of cost judgment and acknowledged to me that he executed the same.

_____
Notary Public

MARISELA CARVAJAL
Comm# DD0893867
Expires 5/27/2013
Florida Notary Assn., Inc