UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 07-20136-CV-SEITZ/SIMONTON

WALTER INTERNATIONAL PRODUCTIONS, INC., *et al.*,

        Plaintiffs,

vs.

WALTER MERCADO SALINAS, *et al.*,

        Defendants.

_____/

## FINAL JUDGMENT AS TO APPELLATE COSTS

The Court having granted Defendants' Motion for Appellate Transcript Costs, it is hereby

ORDERED that judgment is entered in favor of Defendants, Walter Mercado Salinas and

Astromundo, Inc., and against Plaintiffs, Walter International Productions, Inc., Watervision,

Inc., Waltervision Productions, Inc., Walter Mercado Radio Productions, Inc., Bart Enterprises,

International, Ltd., and Walter Mercado Enterprises Corp., jointly and severally, in the amount of

$4,043.58.

DONE and ORDERED in Miami, Florida, this 25 day of January, 2012.

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

cc:    All Counsel of Record